UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:13-cr-049-GFVT-HAI-8 |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIE TRAMPUS HOSKINS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition [R. 375] filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, Willie Trampus Hoskins, is charged with three violations of his supervised release including a failure to attend a mandatory scheduled status hearing, unauthorized use of a controlled substance, and committing another federal crime by using and possessing methamphetamine. [R. 375 at 1-2.] Due to his failure to appear at the scheduled status hearing, an arrest warrant was issued by the Court on March 3, 2017. [R. 364.] The warrant was executed and Hoskins was detained on March 9, 2017. [R. 368.] An initial appearance pursuant to Rule 32.1 was conducted on March 10, 2017, at which the defendant's probation officer brought forth the results of a urine sample which tested positive for methamphetamine. [R. 375 at 2.] After Hoskins was confronted with the urine sample that tested positive for methamphetamine, Hoskins admitted to using methamphetamine on March 6, 2017, in clear violation of the conditions of his supervised release. [R. 370.] The defendant made a knowing, voluntary, and intelligent waiver of the right to a preliminary hearing on all

three charges.  [*Id.*]  The government moved for interim detention of the defendant, which the Court granted.  [*Id.*]  Judge Ingram then set a date of March 20, 2017 to conduct a final revocation hearing and recommend a proposed disposition of the matter.  [*Id.*]  The USPO issued an addendum that contained two additional violations of the Standard Conditions; the use and possession of a controlled substance and the failure to refrain from committing another federal, state or local crime.  [R. 375 at 3.]

Concerning the instant offense, Judge Ingram conducted a final hearing on March 20, 2017, during which Defendant Hoskins competently stipulated to all charged violations.  [R. 372, R. 375 at 3.]  On March 21, 2017, Judge Ingram issued a Recommended Disposition which recommended revocation of Hoskins' term of supervised release and a term of incarceration for twelve (12) months with one year of supervised release to follow.  [*Id*. at 9.]  Judge Ingram appropriately considered the 18 U.S.C. § 3553 factors in coming to his recommended sentence, and particularly noted Defendant's troubling history of crime and substance abuse, the danger he poses to himself and others when he is using drugs, and the disturbing matter of Hoskins' violation of the Court's trust in this instance.  [*Id*. at 8-9.]  Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Recommended Disposition further advises the parties that objections must be filed within fourteen (14) days of service.  [*Id*. at 10.]  *See* 28 U.S.C. § 636(b)(1).  Defense counsel has filed a notice with the Court that Hoskins does not intend to challenge the Magistrate's Recommendation and submitted a waiver of allocution.  [R. 376.]

Generally, this Court must make a *de novo* determination of those portions of the Recommended Disposition to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, as in this case, this Court is not required to "review . . . a magistrate's

factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Nevertheless, this Court has examined the record and agrees with Magistrate Judge Ingram's Recommended Disposition.  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [**R. 375**] as to Defendant Willie Trampus Hoskins is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Hoskins is found to have violated the terms of his Supervised Release as set forth in the Report filed by the U.S. Probation Officer, the Addendum, and the Recommended Disposition of the Magistrate Judge;

3. Hoskins' Supervised Release is **REVOKED**;

4. Hoskins is **SENTENCED** to the Custody of the Bureau of Prisons for a term of **twelve (12) months** with a term of **one (1) year of supervised release** to follow;

5. The Bureau of Prisons will ultimately designate the qualifying facility where Defendant Hoskins will serve his period of incarceration.  Pursuant to the Defendants' request and the Magistrate Judges' Recommended Disposition, this Court will Recommend that the Defendant be designated to USP McCreary.

6. The Defendant's term of supervised release shall be imposed under the conditions previously identified at Docket Entry 304.

This the 19th day of June, 2017.

Gregory F. Van Tatenhove
United States District Judge